Motion GRANTED for a 60-day stay.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KRISTA NICHOLSON | ) ) ) | |
| Plaintiff, | ) ) | CIVIL CASE No.: 3:20-cv-00309 JUDGE TRAUGER |
| v. | ) ) | |
| CLARKSVILLE PAIN INSTITUTE, *et al.*, | ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT AND MOTION TO STAY

Plaintiff United States of America and Defendants Clarksville Pain Institute, LLC, Pain Institute of Nashville, PLC, Debbie Cox and Michael Cox jointly state that they have reached a settlement in principle on key terms. The parties are working to put together a final written settlement agreement. Accordingly, the parties would respectfully request the Court to stay this matter for sixty (60) days to allow them to finalize the written settlement agreement.

Respectfully submitted,

BRADEN H. BOUCEK
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

By: s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: wynn.shuford@usdoj.gov