Motion GRANTED.
Extension to 12/17/2026.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KRISTA NICHOLSON | ) | |
| Plaintiff, | ) | CIVIL CASE No.: 3:20-cv-00309 JUDGE TRAUGER |
| v. | ) | |
| CLARKSVILLE PAIN INSTITUTE, *et al.*, | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Plaintiff United States of America and Defendants Clarksville Pain Institute, LLC, Pain Institute of Nashville, PLC, Debbie Cox and Michael Cox provide this status report and move to continue the stay until December 17, 2026. The parties anticipate that the settlement agreement will be signed within fourteen (14) days. The settlement agreement requires payment within ninety (90) days after the effective date of the agreement and requires the filing of a joint stipulation of dismissal promptly after payment of the settlement proceeds. Accordingly, the parties would respectfully request the Court to continue the stay of this matter until December 17, 2026.

Respectfully submitted,

BRADEN H. BOUCEK
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF TENNESSEE

By: s/ Wynn M. Shuford
WYNN M. SHUFORD
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: wynn.shuford@usdoj.gov